UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYREA KINTE HICKS,

        Petitioner,

   v.

E. ARNOLD,

        Respondent.

No. 2:16-cv-1142 CKD P

ORDER

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner has not filed a request to proceed in forma pauperis or paid the $5.00 filing fee. See 28 U.S.C. §§ 1914(a) & 1915(a). Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send petitioner an "Application to Proceed In Forma Pauperis By a Prisoner."

    2. Within thirty days, petitioner shall complete and return that form to the court or submit the $5.00 filing fee. Petitioner's failure to comply with this order will result in dismissal.

Dated: June 6, 2016

                                              */s/ Carolyn K. Delaney*
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

1/hicks1142.ifp