UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREA KINTE HICKS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>E. ARNOLD,<br><br>　　　　　Respondent. | No. 2:16-cv-1142 TLN CKD P<br><br><br>ORDER |

　　　　Petitioner has requested an extension of time to file objections to the Magistrate Judge's June 28, 2016, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Judgment entered in this case on August 3, 2016 is vacated;

　　　　2. Petitioner's request for an extension of time (ECF No. 6) is granted; and

　　　　3. Petitioner is granted thirty days to serve objections to the Magistrate Judge's June 28, 2016 findings and recommendations.

Dated: August 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge